AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| **12/20/2020** |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___JB___ DEPUTY |

| | |
|---|---|
| United States of America | |
| v. | |
| Eyitayo Stephen Fagbote, | Case No.   8:20-mj-00910-DUTY |
| Defendant | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about December 18, 2017, to July 7, 2019 in the counties of Orange and Riverside in the Central

District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

 *Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Lynelle Torikai, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   December 20, 2020

*Karen L. Stevenson*
_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Karen L. Stevenson, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Lynelle C. Torikai, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1.    I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since September 1997.  I am currently assigned to the Los Angeles Division, Orange County Resident Agency, Violent Crime and Major Offenders squad where my duties include investigations into the trafficking and distribution of controlled substances, the sexual exploitation of children on the Internet, violent crimes, and various fraud schemes.  I have attended numerous classes and conferences where I received training on aspects of organized criminal enterprise investigations and drug investigations including money laundering, sports bookmaking, and conspiracy investigations.

## II. PURPOSE OF AFFIDAVIT

2.    I make this affidavit in support of establishing probable cause to obtain arrest warrants for the following individuals for violating Title 18, United States Code, Section 1343 (Wire Fraud):

        a.    Eyitayo Stephen Fagbote ("FAGBOTE"); and

        b.    Olayinka Famofo-Idowu ("IDOWU").

3.    I learned the facts set forth in this affidavit through personal observation, by reviewing documents described herein, by speaking with other law enforcement officers and agents, by interviewing witnesses, and by relying on my training

and experience and the experience of other law enforcement personnel.

    4.    This affidavit is submitted for the limited purpose of establishing probable cause sufficient to obtain issuance of the arrest warrants.  I have not attempted, therefore, to include each and every fact learned by me or other investigators during the course of this investigation.

### III. STATEMENT OF PROBABLE CAUSE

**A.    Summary of Probable Cause for FAGBOTE**

    5.    On March 29, 2019, a federal search warrant obtained in the Central District of California was executed at FAGBOTE's residence located at 3233 W. Lincoln Avenue, Apartment 203, Anaheim, California by Department of Homeland Security, Homeland Security Investigation ("HSI").  A portion of the probable cause statement from that warrant is attached as Exhibit 1 and incorporated by reference.  I believe that the evidence summarized there further supports the warrants I am now seeking. It shows that FAGBOTE and IDOWU have been moving proceeds of fraud using fake identities for a long time.  During the execution of the warrant at FAGBOTE's residence, approximately 12 passports, purportedly issued by the nations of Nigeria, Cameroon, and Ghana, bearing FAGBOTE's photograph but issued under various aliases, were seized.  Numerous financial documents were also seized.

    6.    In June 2019, AtoZ Books, LLC, a New York State Certified woman-owned small business based in Orchard Park, New York ("AtoZ Books"), fell victim to a business email compromise

scheme.  AtoZ Books does business with entities such as the City University of New York Brooklyn ("CUNY Brooklyn") and is a registered vendor with the New York State Office of the State Comptroller ("NYS OSC") so that it can bill CUNY Brooklyn and then be paid through the Statewide Financial System ("SFS"). NYS OSC utilizes SFS to pay all vendors who do business with New York's state government entities.  Each vendor registered with SFS has an account and is sent a username and login to enter the vendor information including banking details for payment.  When vendor personnel changes, the vendor submits a vendor management form to update or replace the primary vendor contact.

7.    On June 19, 2019, the SFS help desk received a call for help with a vendor primary contact change for AtoZ Books. Incident number 765629 was opened and assigned to the Vendor Management Unit ("VMU") which sent the vendor management form to update or replace the primary vendor contact.  The vendor management form was completed and submitted to the VMU replacing the primary vendor point of contact for Vendor ID 110021793 was a "James Herrmann", with email address atozbooksllc@accountant.com.  The form was allegedly submitted by "Elizabeth Warren" with an email address similar to E.H.'s; the email address had two letters switched.  The actual primary vendor contact for AtoZ Books is E.H.  An email was sent to atozbooksllc@accountant.com with login credentials for the SFS system.

8.    On June 20, 2019, the banking information for AtoZ Books that SFS held was changed to a Chase Bank account with a

number ending in 5205 ("Chase Bank Account 5205"), with a bank address of 17585-A Harvard Avenue, Irvine, California, 92614. Payments then started processing and were issued to the Chase Bank Account 5205.

9.   On July 25, 2019, the SFS Help Desk was contacted by the true AtoZ Books, point of contact, E.H., regarding changes to AtoZ Books' account.  E.H. advised that the changes were unauthorized and requested payment to the true business account for AtoZ Books for the billing paid to Chase Bank Account 5205.

10.   FBI Special Agent Samantha Baltzersen in the New York Division obtained the following information regarding the Chase Bank Account 5205 held by James Herrmann:

   a.   The account was opened on May 17, 2019 utilizing Nigerian Passport #A02414777.  A copy of the passport was provided.  I saw a picture of Herrmann's passport and the photograph in the passport depicts FAGBOTE as "James Herrmann."  I know what FAGBOTE looks like because I have met him in person and seen his California driver's license;

   b.   Customer address was changed to 25920 Iris Avenue, #324, Moreno Valley, California, 92551-1658

   c.   A Chase debit card ending in 3509 was issued and sent to the Iris Avenue address in Moreno Valley, CA.

11.   The following invoices from AtoZ Books were sent to NYS OSC:

   a.   #13682-01 for $2,799.60

   b.   #13617-01 for $12,734.50

      c.    #13488-01 for $4,384.80

      d.    #13268-01 for $204.59

      e.    #13245-01 for $404.90

12.   The following payments were made by NYS OSC to Chase Bank Account 5205:

      a.    June 25, 2019 for $4,384.80

      b.    June 26, 2019 for $12,734.50

      c.    July 2, 2019 for $404.90

      d.    July 5, 2019 for $2,799.60

      e.    July 11, 2019 for $204.59

13.   The following withdrawals were made from Chase Bank Account 5205:

      a.    June 25, 2019 for $3,500.00 at an ATM located at 910 S. Brookhurst Street in Anaheim, California utilizing the debit card ending in 3509;

      b.    June 26, 2019 for $8,500.00;

      c.    June 27, 2019 for $8,000.00;

      d.    June 29, 2019 for $2,000.00 at an ATM located at 910 S. Brookhurst Street in Anaheim, California utilizing the debit card ending in 3509;

      e.    July 5, 2019 for $2,700.00 at an ATM located at 140 W. Ontario Avenue in Corona, California utilizing the debit card ending in 3509;

      f.    July 7, 2019 for $100.00 at an ATM located at 910 W. Brookhurst Street in Anaheim utilizing the debit card ending in 3509;

      g.    July 11, 2019 for $8,500.00;

        h.    July 12, 2019 for $17,000.00

        i.    July 15, 2019 for $25,000.00 as an outgoing
wire payable to Fagbuyi Taiwo with Citibank for Guaranty
Trust Bank Lagos Nigeria for "project purpose and family
expense".

I viewed surveillance videos and photographs taken of most of
the above transactions.  I saw FAGBOTE as the sole individual
conducting the above financial transactions either with a bank
teller or at an ATM in various cities in Southern California.

      **B.**    **Summary of Probable Cause for IDOWU**

    14.  On May 21, 2018, The Eye & Ear Foundation of
Pittsburgh ("EEFP"), located in Pittsburgh, Pennsylvania 15213,
fell victim to an on-line email fraud scheme which caused a wire
transaction of $350,000 to be sent from their accounts
maintained by Rockefeller Capital Management ("Rockefeller") to
a Suntrust Bank account in Florida.  An unidentified subject
("UNSUB"), fraudulently using the email account of the treasurer
for EEFP, requested Rockefeller to initiate a wire transfer of
$350,000 to a Suntrust Bank account ending in 8050.  The wire
transaction was completed in the afternoon of May 21, 2018.

    15.  On May 23, 2018, UNSUB requested a second wire
transaction of $480,000 be sent to an account located outside
the United States.  Rockefeller did not process the request as
they realized the request to be fraudulent.  Rockefeller
discovered the previous request to wire $350,000 on May 21, 2018
was also fraudulent and the Pittsburgh Division of the FBI was
contacted.

16.    Subsequent investigation by FBI Special Agent Chase
Stephens, Pittsburgh Division, revealed Suntrust bank account
number ending in 8050 was held by J.W., year of birth 1934, of
Summerfield, Florida.   SA Stephens interviewed J.W. who was
identified as a victim of romance fraud and was being directed
to send and receive funds by an individual who she met on
www.Match.com named Michael Warren.   Warren informed J.W. that
she would be receiving a $350,000 wire transfer into her
Suntrust Bank account.   Warren did not inform J.W. of the source
of the funds.   Warren instructed J.W. to obtain two cashier's
checks, one for $115,000 and another for $112,500.   Warren
instructed J.W. to send the two cashier's checks to Isreal [sic]
Lopez[1] in Orange, California.   On May 22, 2018, J.W. sent the two
cashier's checks via Federal Express.

17.    SA Stephens contacted Federal Express and inquired
about the Federal Express envelope that was sent by J.W. to
Lopez in Orange, California.   Federal Express identified an
envelope bearing tracking number 7810 8491 7716 addressed to
Isreal [sic] Pena, 230 City Blvd. W. Apt. 201, Orange, CA 92868
sent by J.W. that was scheduled to be delivered to "Pena" on May
24, 2018.   Due to the fact the envelope contained evidence of a
crime, Federal Express agreed to release the envelope to the
FBI.   On May 24, 2018, I retrieved the Federal Express envelope
from the Federal Express facility located at 1650 Sunflower

---

[1] During the interview, J.W. could not recall Isreal's [sic]
last name and believed it was Lopez.   However, after obtaining
the Federal Express information, the envelope was addressed to
Isreal [sic] Pena.

Avenue, Costa Mesa, California, 92626 and sent the envelope and its contents to SA Stephens in Pittsburgh.

18.   On July 2, 2018, Federal Express provided information which confirmed the sender of the envelope to be J.W. and the recipient as Isreal [sic] Pena.  Also provided were Federal Express Tracking Logs which included Internet Protocol (IP) addresses utilized to track the location of the envelope as it was sent from J.W. in Florida to Pena in California.  One IP address identified as accessing the Federal Express online tracking function to track the envelope sent by J.W. was 23.241.239.47.

19.   On July 2, 2018, a query of www.centralops.net revealed Time Warner Cable Internet LLC/Charter Communications, Inc. as the Internet Service Provider (ISP) in control of IP address 23.241.239.47.  On July 17, 2018, I requested information from Time Warner Cable Internet LLC/Charter Communications, Inc. which included subscriber information for the customer issued IP address 23.241.239.47 on May 24, 2018 at 2:26 p.m. Central Standard Time (CST), May 25, 2018 at 8:39 a.m. CST, May 26, 2018 at 11:57 a.m. CST, and May 29, 2018 at 11:46 a.m. CST.  On July 17, 2018, Charter Communications, Inc. identified the subscriber of 23.241.239.47 on the respective dates and times to be Olayinka Famofo, 230 City Blvd. W., Apt 201, Orange, CA 92868, phone number (714) 234-9819.

20.   Department of Homeland Security, Homeland Security Investigation (HSI) SA Jeffrey Eastman recognized the name of Isreal [sic] Pena as being the listed recipient of a DHL package

that had previously been seized by CBP.  On or about July 3, 2018, CBP Officer Chen performed an exam on a DHL package, with an airway bill ending in 337266, which had arrived from Nigeria on board Virgin Atlantic Flight number 007.  The package had been sent from Davis Ajayi in Akure, Nigeria and was consigned to Isreal [sic] Pena at 960 N. Tustin Street Apt. 314 Orange, California.  CBP seized the contents, which consisted of a purported Nigerian passport and forwarded it to CBP Officer Dorado of Los Angeles International Airport Fraud Prevention.  CBP Officer Dorado determined on or about July 26, 2018, that the passport was fraudulent due to multiple inconsistencies.  HSI in Santa Ana was provided the passport by CBP, which SA Eastman subsequently examined.  The Nigerian passport bore a photograph that SA Eastman recognized to be IDOWU but which had been issued under the name of "Henry Benson" with a purported passport number of A06244458.  Based on the above, I believe that IDOWU was responsible in part for defrauding victim J.W. as the checks mailed from victim J.W. were addressed to IDOWU's residence, the IP address which accessed FedEx tracking for the cashier checks was subscribed to IDOWU, and the recipient of that package was Pena, a name previously linked to IDOWU.

21.  On March 29, 2019, a federal search warrant obtained in the Central District of California was executed at IDOWU's residence located at 230 City Blvd. W. Apt. 201, Orange, California 92868 by Department of Homeland Security, Homeland Security Investigation (HSI).  During the execution of the warrant, two passports, purportedly issued by the nation of

Nigeria, bearing IDOWU's photograph but issued under different aliases, were seized.  Numerous financial documents were also seized.  Agents also found additional evidence of IDOWU's use of the Pena alias.  A picture of a $77,000 check made out to Pena was seized from IDOWU's phone.

22.   IDOWU was read his Miranda rights which he waived and advised HSI agents he utilized fraudulent passports to open bank accounts through which he would receive deposits from unknown sources.  He would keep a percentage as payment for his services and transfer the rest of the money to different bank accounts via wire, cashier's check, or cash as directed by associates in Nigeria.

### C.  Arrest of FAGBOTE on December 20, 2020

23.   On the morning of December 20, 2020, FAGBOTE attempted to enter Canada near Buffalo, New York.  A secondary interview was conducted to determine FAGBOTE's travel intent to Canada. FABOTE advised a Customs and Borer Protection (CBP) officer he was going to visit his siter in a town he could not pronounce. When provided the name "Mississauga", FAGBOTE stated he was destined for that town although his siter did not live there. FAGBOTE could not provide his siter's name when asked.  FAGBOTE then advised he was leaving Toronto on Tuesday for Nigeria where he would stay for approximately three weeks before returning to California.  FAGBOTE was asked why he would travel to Toronto to fly to Nigeria to which FAGBOTE advised it was cheaper to do so. When asked if he had a return flight booked, FAGBOTE advised he did not but would "figure it out" after the holidays.

24.   Based on his statements, CBP conducted a border search of his vehicle. CBP found a checkbook under the name Gregory Paul Timothy drawn on a Bank of America account ending in 6869 with an address of 3323 W. Lincoln Avenue, Apt. 203, Anaheim, California, 92801 (the location of the search warrant executed on March 29, 2019).  Also included were documents written by a Mr. Samuel Segun V, Doctoral Research Student, Centre of Nanoparticles in Reinforce Concrete, Department of Civil Engineering, Faculty of Engineering and the Built Environment, University of Johannesburg, addressed to The Consular General, South African Consulate in Nigeria with the title "Invitation Letter for a South African Temporary Visa Re:  Mr. Fagbote Eyitayo Stephen and Famofo Idowu Olayinka".  The letter was dated December 1, 2020 and advised FAGBOTE and IWODU would be in South Africa commencing December 20th and ending December 29th, 2020 for sight-seeing.

25.   Given the identical nature of the scheme (using African passports with fake identities to move fraud proceeds) and photos found of FAGBOTE and IDOWU together during the March 2019 warrants, I believe that FAGBOTE and IDOWU were working together.

26.   FAGBOTE was arrested by HSI agents.

27.   Based on the foregoing, I believe FAGBOTE and IDOWU are attempting to flee the United States due to their involvement in criminal activity.

## VII. <u>CONCLUSION</u>

28.   Based on my training and experience, and the foregoing
facts, I believe there is probable cause to believe that FAGBOTE
and IDOWU have each violated Title 18, United States Code,
Section 1343 (Wire Fraud).


Attested to by the applicant in
accordance with the requirement of
Fed. R. Crim. P. 4.1 by telephone
on this 20th day of December, 2020


_____
HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

EXHIBIT 1

# Contents

I.    INTRODUCTION...........................................1

II.   PURPOSE OF AFFIDAVIT...................................1

III.  STATEMENT OF PROBABLE CAUSE...........................3

    A.    Summary of Probable Cause........................3

    B.    Training and Experience Relevant to this
          Investigation....................................5

          1.    Bank Fraud and Document Fraud...............5

          2.    Visa Fraud and Marriage Fraud..............9

    C.    Fraudulent Nigerian Passports Intercepted by
          CBP.............................................10

    D.    OJO and FAGBOTE Opened Bank Accounts Using
          Identities Discovered in the Seized Fraudulent
          Nigerian Passports.............................16

          1.    OJO's Use of BofA Accounts................16

          2.    OJO's Use of the Hickerson BofA Account to
                Hold Fraud Proceeds After MICHAEL Defrauded
                B.D. Using SUBJECT ACCOUNT.................17

          3.    OJO and FAGBOTE's Use of the OJO and
                Hickerson BofA Accounts....................23

          4.    OJO's Use of WFB Accounts and Hickerson
                Identity for Fraud Scheme..................24

          5.    FAGBOTE's Use of WFB Accounts and Clark
                Jason Identity for Fraud Scheme............26

          6.    FAGBOTE's and OJO's Use of Chase Accounts
                Opened Using Fraudulent Nigerian Passports
                to Obtain the Proceeds of Fraud...........30

    E.    Student Visa Databases and Alien Files Related to
          FAGBOTE, OJO, IDOWU, and Others Provides Evidence
          of Marriage Fraud Scheme.......................32

          1.    Background on Applications to Gain Legal
                Status By Marriage to United States
                Citizen....................................34

          2.    Evidence of IDOWU's Fraudulent Marriage to
                Franklin and OJO's Fraudulent Marriage to
                Hickerson..................................38

3.   Evidence of FAGBOTE's Fraudulent Marriage to
     Covington and Recent Evidence of FAGBOTE's
     Use of SUBJECT PREMISES 1...................42

F.   Recent Evidence Related to IDOWU's Use of SUBJECT
     PREMISES 2....................................47

G.   Recent Evidence Related to OJO's Use of SUBJECT
     PREMISES 3....................................49

## AFFIDAVIT

I, Jeffrey Eastman, being duly sworn, declare and state as follows:

### I.   INTRODUCTION

1.   I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed with HSI and its predecessors since November 2001.  For approximately four years prior to my employment with HSI, I was a Special Agent with the U.S. State Department, Diplomatic Security Service ("DSS").  I have investigated white-collar crimes since 2001.  I am currently assigned to the Orange County Office of HSI.  I am responsible for investigating fraud, financial crimes, and other violations of law enforced by HSI, including money laundering and intellectual property rights offenses.  I have successfully completed U.S. Customs Services ("USCS") Basic Enforcement School at the Federal Law Enforcement Training Center, Glynco, Georgia.  In addition, I have participated in advanced training through USCS in financial investigations, asset forfeiture, and smuggling investigations.  I have participated in the execution of numerous search warrants and the civil seizure of bank accounts, currency, vehicles, and real properties based on money laundering and structuring offenses.

### II. PURPOSE OF AFFIDAVIT

2.   This affidavit is made in support of an application for a warrant to search the residence of Eyitayo Stephen FAGBOTE ("FAGBOTE") for evidence, contraband, fruits, or instrumentalities of criminal violations of Title 18, United

States Code, Sections 371 (Conspiracy), 1343 (Wire Fraud), 1344 (Bank Fraud), 1028 (Fraud and Related Activity in Connection with Identification Documents), and 1546 (Fraud and Misuse of Visas), and Title 8 United States Code, Section 1325 (Marriage Fraud) (collectively, "the Target Offenses").

3.    The premises to be searched is 3233 West Lincoln Avenue, Apartment 203, Anaheim, California 92801 ("SUBJECT PREMISES 1"), which is believed to be FAGBOTE's residence.  The SUBJECT PREMISES 1 is further described in Attachment A and the items to be seized are described in Attachment B.[1]  Attachments A and B are incorporated by reference.

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

---

[1] The residence of Olayinka Famofo IDOWU ("IDOWU") is believed to be 230 City Boulevard West, Apartment 201, Orange, California 92868 ("SUBJECT PREMISES 2").  The residence of Ayojide Olufemi OJO ("OJO") is believed to be 2201 West Broadway, Apartment B111, Anaheim, California 92804 ("SUBJECT PREMISES 3").  An account identified as andreasandreas137@gmail.com (the "SUBJECT ACCOUNT") was also used to commit some of the Target Offenses under investigation. I obtained warrants on March 22, 2019, to search SUBJECT PREMISES 2, SUBJECT PREMISES 3, and SUBJECT ACCOUNT, from the Honorable Douglas F. McCormick, United States Magistrate Judge.

### III. STATEMENT OF PROBABLE CAUSE

**A.   Summary of Probable Cause**

5.   Between at least October 2016 and August 2018, U.S. Customs and Border Protection ("CBP") seized numerous Nigerian fraudulent passports and other identification documents, including purported International Driver's licenses and a Ghanaian passport, that were being sent to or were in the possession of Nigerian nationals (chiefly residing in Orange County, California).  These fraudulent Nigerian passports were purportedly for, among others, FAGBOTE, OJO, and IDOWU.  Despite the seizure of the fraudulent passports by CBP, between at least January 20, 2018, and February 3, 2018, OJO and FAGBOTE were able to open bank accounts under the same identities listed on the seized Nigerian passports.  Because OJO and FAGBOTE were able to open the bank accounts using the same fake names (even though CBP seized similar passports), I believe that FAGBOTE, OJO, and others were ultimately successful in obtaining fraudulent Nigerian passports by other means—including possibly other packages that were not seized at the border.

6.   Once the bank accounts were opened, OJO and FAGBOTE received funds that appeared to be out of the ordinary based on their known occupations; for example, FAGBOTE was purportedly a security guard in California and people out of state were making deposits into accounts of his.

    a.   In January 2018, A.M. of Illinois had deposited $37,000 in cash into her Chase account.  Before Chase contacted her, A.M. was planning to transfer money to Chase accounts that

I believe FAGBOTE and OJO had opened using fraudulent Nigerian passports and the fake identities of "Clark Jason" and "James Hickerson."  A.M. believed that she was purchasing equipment and working with an attorney online.  Chase froze the Clark Jason account after it believed that the account was opened fraudulently.  A Chase investigator confirmed to me that the account was opened using a Nigerian passport that had FAGBOTE's picture on it but the name "Clark Jason."

       b.   In February 2018, a victim, B.D., deposited over $17,000 from northern California into an account believed to be opened by OJO using a fraudulent identity among the seized Nigerian passports.  The victim believed that he was paying rent for a property in Palo Alto, California.  The SUBJECT ACCOUNT was used to defraud B.D.  In particular, between January and February 2018, the person using the SUBJECT ACCOUNT, who identified himself as Andreas MICHAEL, exchanged emails with B.D. leading B.D. to believe that he had obtained a lease in Palo Alto, California.  MICHAEL used the SUBJECT ACCOUNT to send emails to and receive emails from B.D. in January and February 2018.  Based on my training and experience, I believe that FAGBOTE, OJO, IDOWU, MICHAEL, and others were using the identities reflected in the seized Nigerian passports to defraud victims and use various bank accounts to move the proceeds of their fraud.

       7.   In addition to the document fraud and bank fraud (including the related Internet scams) being investigated, I have found evidence that FAGBOTE, OJO, and IDOWU are engaged in

marriage fraud to obtain legal status.  Each came to the United States on F1 student visas from Nigeria, overstayed their student visa or never attended school as required, and then purportedly married United States citizens between at least January 21, 2015, and July 8, 2017.  During the ongoing investigation, I have found evidence that these marriages were entered to evade the immigration laws, including records and/or surveillance showing FAGBOTE, OJO, and IDOWU were still in marriages with their wives from Nigeria, as well as pictures submitted to immigration authorities that I believe were staged marriage photos.

8.  Recently obtained evidence, including surveillance reports, supports my belief that SUBJECT PREMISES 1 is FAGBOTE's residence.  On March 22, 2019, FAGBOTE was seen exiting the apartment complex of SUBJECT PREMISES 1 using a car registered to SUBJECT PREMISES 1.  On March 23, 2019, Kehinde Kemi Arowosafe (believed to be FAGBOTE's true Nigerian spouse) was seen exiting the apartment complex of SUBJECT PREMISES 1 using a car registered to SUBJECT PREMISES 1.

9.  Based on my training and experience, I know that evidence of the Target Offenses remains for years on digital devices and otherwise in the residences of those that engage in the Target Offenses.

**B.   Training and Experience Relevant to this Investigation**

1.   Bank Fraud and Document Fraud

10.  Based on my training and experience (including my conversations with other law enforcement officers), I know that

5

individuals engaged in bank fraud open accounts with fraudulent identification.  The purpose in doing so is to shield the perpetrators from detection from law enforcement and to further obfuscate the overall fraud scheme.  In addition, I know that fraudsters make use of funnel accounts and mail drops to disguise their involvement in fraud schemes, shielding themselves from prosecution and obfuscating the ownership of fraudulently-derived funds.  Funnel accounts are bank accounts established in one geographic area where deposits are received, often in cash, and from which funds are withdrawn, usually in a different geographic area, and/or transferred to yet additional accounts.  When coupled with the use of fraudulent identities, such funnel accounts further obfuscate the source, nature, and location of funds obtained by criminal acts.  "Mail drops" are private locations at which mail can be received, similar to a P.O. Box, and are often opened in a commercial mail receiving agency ("CMRA") such as a UPS or FedEx store.  By utilizing mail drop locations, rather than residential or business addresses, criminals can further insulate themselves from detection by law enforcement.

11.  Based on my review of materials in this case, I am aware that OJO, FAGBOTE, and IDOWU have used numerous names, fraudulent passports, and funnel accounts as well as created email accounts for the fraudulent identities.  Navigating the myriad accounts maintained by OJO, FAGBOTE, and IDOWU in these various names, as well as the information associated with each account, requires that fraudsters maintain records associated

with the identities.  Additionally, because the number of
records may be quite voluminous, it is common for fraudsters to
possess such records (including records of transactions)
electronically on computers, mobile devices, and other digital
devices.  Based on my training and experience (including
conversations with other investigators), I know that individuals
receiving fraudulent documents from overseas must coordinate the
receipt and shipment of the documents with overseas
conspirators.  For example, when IDOWU was stopped with
fraudulent Nigerian passports in October 2016, he told CBP that
he was to await further instructions from the individual in
Nigeria who provided him the passports.

        12.  Based on my review of bank records as detailed in this
affidavit, funds were deposited into bank accounts tied to the
fraud scheme, i.e. funnel accounts, both by purported victims
and by possible conspirators.  This type of activity requires a
great deal of coordination, which necessitates communication
among the conspirators and victims.  These communications often
occur using digital devices, including mobile devices.  I also
know, based on my training and experience, that it is typical
for criminals, including white-collar criminals, to maintain
multiple telephones at a time so as to segregate communications
and information relating to criminal activity from
communications and information relating to their personal
activities.

        13.  Based on my training and experience, I also submit
that there is probable cause to believe digital devices and

items obtained from the SUBJECT PREMISES will contain both
direct and indirect evidence and fruits of IDOWU, FAGBOTE, and
OJO's criminal activities.  For example, it is typical for
mobile device users to use digital devices for mobile banking or
purchases linked to bank accounts.  Thus, a review of the
digital devices seized from the SUBJECT PREMISES is likely to
yield financial records concerning IDOWU, FAGBOTE, and OJO,
whether in their own name or the names of others, which can
allow investigators to determine where assets are located.
Additionally, review of otherwise innocent activity, such as
saved airline tickets or records of the use of ride-sharing
services like Uber or Lyft, also would likely to uncover either
the evidence or fruits of IDOWU, FAGBOTE, and OJO's fraudulent
activity, such as additional locations to which they are
connected or the means of payment they have at their disposal.

14.  As described in the affidavit, OJO and FAGBOTE were
able to successfully operate "funnel" bank accounts opened with
foreign passports at Bank of America ("BofA") and Wells Fargo
Bank ("WFB").  Based on my training and experience, I believe
that these accounts were used to receive and distribute fraud
proceeds without law enforcement detection.  I do not believe
that OJO, FAGBOTE, IDOWU and others involved are aware of HSI's
investigation.  Accordingly, based on my training and
experience, I believe that the criminal activity is likely
ongoing and OJO, FAGBOTE, and IDOWU maintain records related to
the document fraud and bank fraud at the SUBJECT PREMISES.  This
is particularly true in this case where I believe OJO and

FAGBOTE were successful in obtaining fraudulent foreign passports that got past CBP's inspections and opened bank accounts using those fraudulent documents.  Because bank records support my belief that they possessed those fraudulent documents in at least 2018, my training and experience leads me to believe that they currently possess such fraudulent documents.

2.   Visa Fraud and Marriage Fraud

15.  Based on my training and experience (including conversations with other investigators), I know that it is a common practice of those engaged in marriage and visa fraud to add their fake spouse to utility bills, car insurance, and banking statements to bolster their immigration applications by making it appear that the couples are residing together.

16.  Based on my training and experience (including past investigations), I believe that individuals who are engaged in fraud schemes, including document fraud, bank fraud, visa fraud, and marriage fraud, tend to store indicia of these schemes in their residences, where they have easy access to needed documents and information.  Immigration documents of the purported marriages detailed in this affidavit by FAGBOTE, OJO, and IDOWU are crucial documents that they likely would preserve as they have yet to naturalize as United States citizens and could expect to be visited by U.S. Citizenship and Immigration Services ("CIS") at their respective addresses for an address check.  CIS has in the past investigated applications for citizenship based on marriage to a U.S. citizen by conducting address checks in person.  Moreover, since IDOWU, OJO, and

FAGBOTE are to my knowledge unaware that they are being investigated by HSI, there is no reason that to believe that they would have disposed of records related to their immigration-related applications.

**C.   Fraudulent Nigerian Passports Intercepted by CBP**

17.   During the investigation, I learned that the targets of the investigation had fraudulent Nigerian passports seized between at least October 2016 and August 2018.  HSI was contacted by the HSI Forensic Laboratory ("HSI/FL") regarding several seizures of fraudulent passports intercepted by CBP pursuant to CBP's border search authority.  All of the passport seizures summarized in this affidavit were sent to the United States from Nigeria.  HSI was able to utilize facial recognition to identify the true identities of the fraudulent passport holders based, in part, on their United States visa applications.  The parcels and passports had various indicators supporting CBP's conclusion that the passports were fraudulent. A seizure of seven fraudulent Nigerian passports in October 2016 during an entry into the United States by IDOWU, a Nigerian national, was later linked to the passports seized by CBP in mailings.

18.   I learned from reviewing a report by HSI/FL that on October 26, 2017, CBP at a UPS mail facility in Louisville, Kentucky, seized a parcel containing a fraudulent Nigerian passport number A01607278 bearing a photograph of a person who was later identified to be FAGBOTE.  FAGBOTE's photo and the identity "Clark Jason" with a purported year of birth of 1984

were printed on the seized Nigerian passport.  The parcel, according to my review of the CBP evidence form and CBP seizure database, was addressed to 1442 E Lincoln Ave, Apt 422, Orange, CA 92865, from Kesta CLARK located at 24 Adekunle Fajuyi Way Gra Ikeja Lagos, Nigeria.  The listed intended recipient was "Jonathan Edward," which I believe is a fake identity used in the scheme.

   19.   I compared the photograph affixed to the "Clark Jason" passport to the photograph of FAGBOTE obtained from his valid California Driver's License ending in 0735 and believe the photographs are of the same person.  The address listed on FABOTE's driver's license was 369 North Rob Way, Anaheim, California.[2]  The license was valid until June 2019.

   20.   During the investigation, I learned that on December 15, 2017, CBP at a UPS mail facility in Louisville, Kentucky, seized a parcel containing three fraudulent Nigerian passports. The parcel was addressed to 1442 E. Lincoln Avenue, Apt 422, Orange, CA 92865, from Ogunriyi Tope with an address of 257 Adekunle Fajuyi Street Lagos, Nigeria.  The intended recipient was listed as "Jonathan Edward" with a phone number ending in 4833.  HSI/FL was able to utilize facial recognition to identify OJO as the person pictured on one of the passports, which had the name "James Hickerson," a purported Nigerian Passport number of A00812481, and purported date of birth of January 22, 1984.

_____

   [2] This address on Rob Way in Anaheim, California, is believed to be a prior residence used as part of the Target Offenses.  However, it is my belief the targets no longer reside at this address and accordingly I am not seeking authorization to search it.

Facial recognition conducted by HSI/FL identified the
individuals depicted in the photographs on the other two
fraudulent Nigerian passports as FAGBOTE and Oluwasegun
Oluwaseyi OBEBE ("OBEBE").

21.  Based on my training and experience (including past
investigations involving seizures by CBP and conversations with
CBP officers), I know that there are certain fraud indicators
that alert CBP to the concealment of fraudulent items in a
shipment and the fraudulent nature of the items themselves.  I
reviewed the CBP seizure narrative regarding the seizure of the
above mentioned "James Hickerson" passport, which included a
photograph of OJO.  According to CBP, the shipment had been
manifested as "A PAIR OF SHIRT AND TROUSER" and upon inspection
was found to contain one pair of pants and one shirt; taped
inside the shirt CBP found the three passports.  The value was
declared as $19.  CBP had previously intercepted similar
shipments from Nigeria and so was on alert for further shipments
of this same nature.  The passports were examined and were found
to have a lack of security features and to be of poor quality
and were therefore determined to be counterfeit by CBP Officers
Gannon and Burrill (who are trained and experienced in the
identification of fraudulent documents).

22.  I reviewed OJO's valid California Driver's License
ending in 9302 and compared the photo on OJO's license to the
photograph affixed to the "James Hickerson" passport and believe
they depict the same person.  The address listed on OJO's

license was 3075 West Delmonte Drive, Apartment 111, Anaheim, California.

23.  On June 8, 2017, CBP at a UPS mail facility in Louisville, Kentucky seized a parcel containing a fraudulent Nigerian passport, number A0102283, bearing what appears to be OJO's photo and the identity "Bryant Donald" with a purported year of birth of 1986.  The seized parcel was addressed to 369 North Rob Way, Anaheim, California (the same address used for the fraudulent FAGBOTE Nigerian passport seized on October 26, 2017).  The listed intended recipient was "Bryant Donald."

24.  During the investigation, I reviewed a report provided by HSI/FL and learned that IDOWU had been linked to previous fraudulent passport seizures as well.  In October 2016, IDOWU had been found to be in possession of seven fraudulent Nigerian passports during a baggage exam by CBP.  According to a CBP report concerning the seizure, I learned the following:

a.  CBP located seven fraudulent Nigerian passports concealed inside hard-covered religious books.  Four of the seven Nigerian passports bore IDOWU's photograph;

b.  On October 12, 2016, IDOWU had been a passenger on a Virgin Atlantic flight from London, England to Los Angeles, California;

c.  IDOWU at the time had been refused entry by the UK Border Force on October 11, 2016, due to counterfeit admission stamps from African countries on his Nigerian Passport;

d.    IDOWU stated that he had traveled to Lagos, Nigeria to attend a funeral and to visit his one-year old son; IDOWU stated that his address in the United States was 369 North Rob Way, Anaheim, California (an address that is associated with the various targets of this investigations) and that he had obtained a master's degree from the California University (a school that FAGBOTE and OJO also used to obtained visas and enter the United States).

e.    IDOWU told CBP that an individual only identified as a friend named "Kune" had met with IDOWU in a Nigerian bar and asked him to bring the passports with IDOWU to the United States for extra money.  IDOWU stated that "Kune" was to provide him with further instructions regarding the fraudulent passports.  IDOWU did not provide CBP with the full name of "Kune" or the address of "Kune."

25.  The seven passports seized from IDOWU in October 2016 were forwarded to IDOWU's A-File.  I reviewed the passports and compared them to IDOWU's A-File photograph, which was submitted by IDOWU to CIS, and I confirmed that four of the fraudulent Nigerian passports bore what appears to be IDOWU's photo.  Those fraudulent Nigerian passports had been issued under the following names: Thompson Fred, Coker Anderson, Edward Francis, and Johnson Emmanuel.

26.  I learned from speaking with Border Patrol Agent Mauro Montano that a fraudulent Nigerian passport was intercepted by CBP on or about August 14, 2018.  The passport, bearing number A06244458, was addressed to 960 N. Tustin #314, Orange,

California.  I reviewed the seized Nigerian passport, a copy of which was provided to me by Agent Montano.  The passport was issued to "Henry Benson" with a year of birth of 1986 but bore a photograph that I recognized as being IDOWU.

27.  On or about October 9, 2018, I was informed by Agent Montano that he had received information from DHL concerning 1442 E. Lincoln Drive, Orange, California.  DHL informed Agent Montano that one of their drivers was making a delivery that day to 1442 E. Lincoln Drive in Orange, California.  The DHL driver dropped off a DHL package addressed to "Edward Jonathan" at 1442 E. Lincoln #422, Orange, California from Akure, Nigeria.  The driver noticed that the man who was picking up the package appeared to be Nigerian and took note of his car's California license plate number ending in B032.  According to law enforcement indices, the license plate number ending in B032 was registered to FAGBOTE.  Although I do not know the content of the package dropped off by DHL, I do know that it was addressed to "Edward Jonathan", which is the same name as the stated recipient of a package previously seized by CBP containing fraudulent passports bearing FAGBOTE's and OJO's photographs (which was described earlier).  Based on an Internet search, I learned that 1442 E. Lincoln Drive, Orange, California was the address for a UPS store.

**D.    OJO and FAGBOTE Opened Bank Accounts Using Identities Discovered in the Seized Fraudulent Nigerian Passports**

1.   <u>OJO's Use of BofA Accounts</u>

28.    In the course of this investigation, I obtained and reviewed a BofA Signature Card for a BofA account ending in 3806.  According to the signature card, Ayojide Olufemi OJO opened the account on September 28, 2016, at the Anaheim Plaza bank branch using a passport with a F1-2 visa.

29.    I also reviewed a BofA signature card for an account ending in 9463, which listed "James Hickerson" as the account owner and was dated January 20, 2018.  BofA records relating to this account show that "Hickerson," which I believe is an alias of OJO's, provided a "foreign passport w/photo" to open the account.  ("James Hickerson" was the name found on a fraudulent Nigerian passport with OJO's photograph that CBP intercepted in December 2017.)  In addition, BofA records showed the address associated with the account as of the statement dated March 20, 2018, was 369 North Rob Way, Anaheim, California.  This address is the same address listed on IDOWU's SEVIS[3] records as his address in the United States and is the same address listed on FAGBOTE's California Driver's License.  Furthermore, as detailed above, this address was also the shipping address listed for a fraudulent Nigerian passport that was seized by CBP and which bore a photo of OJO but was issued under the name of "Bryant Donald."

---

[3] The Student and Exchange Visitor Information System ("SEVIS") is a DHS database that stores student visitor information.

30.   I reviewed a BofA bank statement for OJO's account
ending in 3806, which covered the period of May 6, 2017, to June
7, 2017.   I noted numerous deposit transfers from Eyitayo
FAGBOTE, including a mobile transfer on May 16, 2017 of $500; a
$1,300 deposit transfer on May 30, 2017; and a $1,000 deposit
transfer on June 2, 2017.   I also reviewed a BofA bank statement
for this account for the period October 6, 2017 to November 6,
2017.   During that period, a payment was made into the account
ending in 3806 on October 10, 2017, in the amount of $1,157.44
for "Ayojide OJO" from Guard Management.   The bulk of the
remaining deposits in October 2017 were from individuals who
appeared to have Nigerian surnames.   From my review of
additional BofA bank records for OJO's account ending in 3806,
this pattern of deposits continued during 2018 for OJO's account
ending in 3806.   For example, the account had $11,272.29 in
deposits during the period of January 6, 2018, to February 2,
2018, and during the period of February 3, 2018, to March 7,
2018, the account received $20,529.79 in deposits.   The deposits
during February and March 2018 primarily consisted of transfers
from various individuals who appeared to have Nigerian surnames
and large ATM deposits made in Orange County, California, such
as a deposit on March 1, 2018 in the amount of $6,000.

    2.   OJO's Use of the Hickerson BofA Account to Hold
         Fraud Proceeds After MICHAEL Defrauded B.D. Using
         SUBJECT ACCOUNT

31.   I also reviewed BofA bank records for the Hickerson
bank account ending in 9463.   From my review of those bank
records, I noted that at least two checks were deposited into

17

the account during January and February 2018 with the memorandum line indicating that the checks were for rent payments.  During the same period, there were also money orders, using Western Union and Money Gram, deposited into the account and made payable to "James Hickerson."

32.  For example, a check dated February 1, 2018, in the amount of $5,500, drawn on a BofA account belonging to Shahine Shams and Bahram M B.D., and made payable to "James Hickerson," was deposited into the account ending in 9463.[4]  The memo portion of the check stated, in part, "752 Univ. Rent."  The address listed on the check from Ms. Shams and B.D. was in West Palm Beach, Florida.  An additional check from this same account, dated February 6, 2018, and made payable to "James Hickerson" in the amount of $12,000, was also deposited.  The legible writing on the memo portion of this check stated, "Up Front Rent..." The BofA statement for the account ending in 9463 recorded these two checks as being "counter credits."  I believe that "counter credits" are where a person makes a deposit at the bank counter. I reviewed BofA bank footage and located a photograph of OJO withdrawing $5,500 into the Hickerson BofA account ending in 9463 on February 2, 2018.  The Hickerson BofA account ending in 9463 was closed on February 14, 2018, by BofA before OJO or anyone else withdrew the $12,000 check.  Based on my training and experience (including conversations with other investigators), I am aware of a common rental scam, often

---

[4] While the two checks used the last name "Daryani," emails that HSI obtained in an interview of Mr. B.D. listed his last name as "B.D.."

conducted over the Internet, where rent is collected by
fraudsters for apartments or homes that the fraudsters do not
actually control from unwitting victims.  In this case, the
victim deposited the money at the direction of a co-conspirator
(MICHAEL) in northern California, and then OJO withdrew the
money from southern California.

33.   I conducted a public records query using the CLEAR
database[5] and located a record of B.D. residing in the Santa
Clara, California area.  HSI Special Agents interviewed B.D. on
February 21, 2019, and learned that he had been a victim of
fraud.  B.D. told HSI Special Agent that in January 2018, around
the time he was going to move back to California from Florida,
he saw an advertisement on Craigslist.com for a sub-lease of an
apartment at 750 University Avenue, Palo Alto, California.  B.D.
then contacted the point of contact listed in the advertisement
to inquire about leasing the place for himself.  B.D. stated
that a person, using the name "Andreas," claimed to be the
person in charge of leasing the apartment.  B.D. also had email
and telephone contacts with "James Henderson" who claimed to be
the owner of 750 University Avenue, Palo Alto, California.

34.   B.D. stated that "James" and "Andreas" requested a
$5,500 deposit to secure the apartment which he deposited to
their Bank of America account, ending in 9463 on or about
February 1, 2018.  B.D. stated that Andreas and James then told
B.D. that if he paid $12,000 up front for rent, he would save a

_____

[5] CLEAR is a database that compiles information from various
sources and provides a search platform for locating people,
businesses, assets, court filings and other public records.

19

lot on his monthly rent.  After B.D. did the calculation, he
agreed to pay the $12,000 up front to save money.  B.D.
deposited a $12,000 check to the same Bank of America account on
or about February 6, 2018.  After he deposited the check for
$12,000, B.D. decided to check on the rental address of 750
University Avenue in person.  While at the address, he learned
from neighbors that the apartment had been abandoned.  B.D.
contacted "James" and "Andreas" and told them of his discovery.
B.D. was told the keys for the apartment were coming to him via
FedEx, which he never received.  B.D. stated that he then
received threatening phone calls from "James" and "Andreas."
B.D. stated that he worked with BofA to retrieve some of his
funds and learned that BofA had frozen James's account at BofA.
BofA provided B.D. $13,500 of the $17,500 he had deposited into
the Hickerson account ending in 9463.  According to B.D., BofA
told B.D. that $13,500 was all that was left in the Hickerson
account ending in 9463 (which B.D. believed was the account of a
"James Henderson").  B.D. recalled that a few months after this
incident, his bank account at BofA was hacked and he lost about
$46,000-$48,000.  B.D. informed the interviewing HSI Special
Agents that he had communicated with the suspects via text,
email, and over the telephone.  B.D. no longer retained the text
communications but did have some email communications preserved
and provided those to HSI.

     35.  A HSI Special Agent showed the $5,500 and $12,000
checks obtained from BofA (which were consistent with B.D.'s
statements to the agent) to B.D. who said he wrote and signed

the checks himself.  B.D. stated the writing on the memo line of the checks was so he could keep a record of the purpose of each check.

36.  B.D. provided HSI emails he exchanged with a person that identified himself as Andreas MICHAEL in January and February 2018; these emails corroborated my review of the bank records and B.D.'s statements to HSI.  The emails also showed how the SUBJECT ACCOUNT was used to further the Target Offenses. The following is a summary of some of the emails B.D. provided which were exchanged between the user of the SUBJECT ACCOUNT and B.D.:

a.   On January 29, 2018, B.D. sent an email with a link to a Craigslist advertisement copied and stated, in part, "I am interested on this property, need March 1st for 6-12 months";

b.   On January 29, 2018, MICHAEL replied and stated, in part, " . . . I'm sorry I would not be available to show the unit in person for now as am currently in North Carolina taking care of my sick dad who suffers from Dementia . . . The monthly rent includes all utilities $2,750 per month.  A Refundable damage deposit of $2,750 will be paid alongside the rent before you move in. . . Please let me know if you would still like to proceed to sub-lease the unit so I can speak with the landlord for the rental application form . . . ";

c.   On January 29, 2018, MICHAEL emailed B.D., following a response from B.D., and stated, in part, "Here is the Unit address: 752 University Ave UNIT-(Can't be Disclose now

for security reasons) Palo Alto, CA 94301 See attached pictures
of the unit and the rental form . . .";

      d.  On January 31, 2018, MICHAEL sent B.D. an email
that stated "Do you know when next week the payment will be
issued so I know what to tell Landlord?";

      e.  On February 1, 2018, B.D. sent an email to
MICHAEL that stated, in part, "I will deposit $5500.  Today into
the landlord's account the money should be in the account by
early afternoon.";

      f.  On February 5, 2018, MICHAEL sent an email to
B.D. that stated, "And if you wants the 6 months upfront payment
I can gives you a discount of $1,500";

      g.  On February 5, 2018, MICHAEL sent another email
to B.D. that stated, "If we could get this sorted out today and
i can get authorization from landlord nd ship keys over night";

      h.  On February 6, 2018, B.D. and MICHAEL exchanged a
series of emails, including one where B.D. said he would sue
MICHAEL and "the landlord" for breaking their contract;

      i.  On February 20, 2018, B.D. sent email to MICHAEL
that stated, "Did you take care refund/";

      j.  On February 21, 2018, MICHAEL replied, "Yes and i
expected you to returns my text message please not emailing me
on here i dont usually check my emails please always make use of
your phone to text me."

### 3.   OJO and FAGBOTE's Use of the OJO and Hickerson BofA Accounts

37.   I reviewed dozens of ATM and bank teller photographs showing transactions pertaining to the OJO BofA account ending in 3806 and the Hickerson BofA account ending in 9463.  I noted that OJO appeared in the photographs conducting transactions on both the OJO and Hickerson BofA accounts.  I reviewed a photograph of OJO that was date stamped February 2, 2018 at 16:47 hours.  OJO was inside a bank branch, the BofA Anaheim-Plaza branch, wearing a maroon sweater with various colored stripes.  OJO was holding his wallet and a debit/credit card.  The BofA photograph also notated an amount of $3,050.  I reviewed BofA bank statements for OJO'S account ending in 3806 and confirmed that a deposit of $3,050 was made into the account at an ATM in Anaheim, California.  On that same date, on February 2, 2018, OJO conducted a withdrawal from the Hickerson BofA account ending in 9463.  I reviewed BofA bank teller photographs, which showed OJO at a bank teller window in Anaheim.  The photograph is time stamped 17:56 hours and further notated an amount of $5,500.  OJO was wearing the exact same sweater he was wearing about an hour earlier, when he was depositing funds into the OJO account.  I reviewed the Hickerson BofA account statement for account ending in 9463 and noted that on February 2, 2018, there was a cash withdrawal in the amount of $5,500 from the account.  Based on my review of these records, I concluded that OJO conducted transactions on both the OJO and Hickerson accounts in the same day.

38.   Similarly, I reviewed footage obtained from BofA regarding a deposit conducted on January 20, 2018, into the Hickerson account ending in 9463 at a branch located in Anaheim, California.   The BofA surveillance footage shows two men inside the branch.   I reviewed the footage and believe the two men who were conducting the transaction to be OJO and FAGBOTE—supporting my belief that they are working together in the schemes under investigation.

### 4.   OJO's Use of WFB Accounts and Hickerson Identity for Fraud Scheme

39.   I reviewed a WFB Consumer Account Application submitted by "James Hickerson" on February 17, 2018 to open a checking account ending in account number 2881.   "Hickerson" was listed as the sole owner on the account and the statement mailing address was listed as 369 North Rob Way, Anaheim, California (the same address associated with the Hickerson BofA account and the intended receiving address for a fraudulent Nigerian passport seized in June 2017 that bore OJO's image but with a different name, "Bryant Donald," as described above).   An email address of jameshickerson@yahoo.com was provided on the opening application.   A Nigerian passport bearing passport number A06741384 was submitted to open the account.   The account was closed by Wells Fargo loss prevention on or about April 13, 2018.   As discussed above, "James Hickerson" was the name printed on a fraudulent Nigerian passport with a photograph of OJO that CBP seized in December 2017.   The date of birth on the

seized passport matches the date of birth used to open the Hickerson account at WFB.

40.   I reviewed WFB statements for the Hickerson account ending in 2881 and noted that during the period of February 20, 2018, to March 16, 2018, the account received $48,607.86 in deposits.  Deposits were made out of state, including from Maryland and Arizona.  A check in the amount of $26,500 from the Affinity Federal Credit Union account of Karly Mari White, dated March 13, 2018, was deposited into the account.  The address listed on the account title portion of the check was Saint Petersburg, Florida.  There were also numerous cash deposits, such as a $15,000 cash deposit made on March 29, 2018.  Based on my training and experience (including conversations with other investigators), I believe that this account may have been used as a funnel account, that the source of the funds was victim funds, and the bank account was opened using a fake identity to avoid law enforcement detection.

41.   I reviewed WFB teller and ATM video photographs for the Hickerson account ending in 2881.  In the photographs, I saw OJO conducting numerous teller transactions, including at least four transactions during the period of February and March 2018 at the Orchard Hills WFB bank branch located in Irvine, California.  I compared one such photograph of OJO provided by WFB, which depicted OJO at a bank teller window on March 5, 2018, to bank statements for the Hickerson account ending in 2881.  On March 5, 2018, there were two cash withdrawals made one minute apart, one for $2,400 and another for $1,000.  OJO

25

was wearing a gray hoodie in the sequence of photos provided and was holding what appears to be a green passport with yellow writing on it.  The fraudulent Nigerian passports seized in this investigation are green in color with characters printed in yellow.  I believe that OJO was showing a fake Nigerian passport to the bank teller to withdraw cash from the Hickerson account. Despite the seizures of numerous fraudulent passports, I believe that OJO and others involved are still able to obtain other fraudulent passports because they are able to open bank accounts using those identities.

42.  During my review of WFB teller and ATM photographs, I found at least two occasions in which individuals other than OJO conducted transactions at bank teller windows on the Hickerson account ending in 2881.  On March 19, 2018, there was a $1,000 cash deposit made into the Hickerson account ending in 2881.  I compared that transaction to the bank footage and noted that on that same date an unidentified white male, who was bearded and wearing glasses, was at a teller window of a WFB branch.  The photograph was stamped at the bottom portion with the further details of "Casa Grande."  I conducted an Internet query and located a Casa Grande branch in Arizona.  I believe that the individual depicted on March 19, 2018, was possibly a victim.

     5.    <u>FAGBOTE's Use of WFB Accounts and Clark Jason Identity for Fraud Scheme</u>

43.  I reviewed a WFB Consumer Account Application submitted by FAGBOTE to WFB to open a checking and savings account.  FAGBOTE was listed as the sole owner on a checking

account ending in 9908 and a savings account ending in 2068.
FAGBOTE provided an address of 3233 West Lincoln Avenue,
Apartment 203, Anaheim, California (SUBJECT PREMISES 1) when he
opened those accounts on December 18, 2017.  FAGBOTE listed
"Allied Security" as his current employer and provided a Social
Security Number ("SSN") ending in 6544.

44.  I reviewed WFB statements for FAGBOTE's account ending
in 9908.  The most recent statement covered the period of
September 19, 2018 to October 1, 2018 and listed the address of
SUBJECT PREMISES 1.  From a review of this statement, I noted a
transfer of $150 was made into the account from an account
maintained by "Arowosafe Kehinde" on June 20, 2018.  Another
such transfer of $260 was made from an account maintained by
"Arowosafe Kehinde" on July 27, 2018.  (As described later,
Arowosafe is believed to be FAGBOTE's true spouse.)  From my
review of additional statements relating to the account ending
in 9908, I noted small employee payments into the account for
security work, such as a check dated November 28, 2017 for
$199.35 made payable to FAGBOTE from Universal Protection
Service, LP.  The amounts deposited into this account appeared
to be out of the usual for an individual whose occupation is a
security guard.  There was a total of $26,165 in deposits into
the account ending in 9908 during the period of August 16, 2018
to September 18, 2018.  A large amount of those deposits
consisted of cash deposits made in various denominations such as
$1,900 on August 20, 2018; $2,400 on August 27, 2018; $2,700 on
August 29, 2018; and $2,800 on August 30, 2018.

45.  My review of deposited items into FAGBOTE's account ending in 9908 also revealed the following:

a.   A check, dated January 20, 2018, deposited into the account from "Clark Jason" using a J.P. Morgan Chase (Chase) bank account ending in 8665.  The check was made payable to Eyitayo Fagbote in the amount of $10,500.  The address on the "Clark Jason" check was listed as 2130 W. Crescent Ave., Apt. 2045, Anaheim, California.  (The Clark Jason account ending in 8665 is further described below.)

b.   Additional transfers from "Jason Clark" to FAGBOTE's bank account ending in 9908, such as a transfer from a US Bank account on January 29, 2018, in the amount of $500 and another transfer from US Bank of $1,000 on February 1, 2018.

46.  I reviewed a WFB Consumer Account Application submitted to WFB purportedly by "Clark Jason" for a checking account ending in 7881 opened on February 3, 2018.  "Clark Jason" provided WFB with a Nigerian passport ending in 74391 and a year of birth of 1984.  "Clark Jason" provided an address of 369 North Rob Way, Anaheim, California 92801 and an email address of "clarkjason384@gmail.com."  As discussed above, FAGBOTE's California Driver's License, which is valid until June 2, 2019, lists an address of 369 North Rob Way in Anaheim, California.  "Clark Jason" also is the same name found on a fraudulent Nigerian Passport with a photograph of FAGBOTE that CBP intercepted and seized in October 2017.  The birth date found on the seized passport matched the birth date "Clark Jason" provided to WFB when opening the account ending in 7881.

This account was closed on or about March 30, 2018 by Wells
Fargo Loss Prevention.

47.   I reviewed deposited items for the Clark Jason WFB
account ending in 7881 and saw numerous cash deposits.  The cash
deposits included the following: a $6,300 deposit made into the
account on February 8, 2018; a $9,500 deposit made on February
13, 2018; a $7,971 deposit made on February 20, 2018; and a
$4,000 deposit on March 13, 2018.  During the period of February
5, 2018 to February 28, 2018, the account ending in 7881
received $68,516 in deposits.  A portion of the deposits were
noted on the corresponding bank statement for this account as
having been conducted out of state, such as a $1,785 deposit
made in Fort Collins, Colorado on February 8, 2018; a $410
deposit made in Las Vegas, Nevada on February 12, 2018; and a
$5,200 deposit made in Loveland, Colorado on February 13, 2018.
Based on my training and experience (including conducting
financial investigations and conversations with other
investigators), I believe that these out of state deposits
indicate that this account may have been used as a funnel
account for fraud proceeds.

48.   I reviewed bank surveillance and ATM footage for the
Clark Jason WFB account ending in 7881 and noted that FAGBOTE
appeared in several photographs conducting banking transactions
on the account.  In bank surveillance footage that Wells Fargo
provided, FAGBOTE is depicted conducting a teller transaction
inside a bank branch on March 13, 2018.  I reviewed the bank
statements for WFB account ending in 7881 and noted that there

were only two teller transactions that day, one occurred in
Berkley, California and the other in Irvine, California.  The
time stamp on the photo of FAGBOTE matches the Irvine
transaction, which according to bank records, was a $1,600
dollar cash withdrawal.  FAGBOTE is pictured in numerous other
teller transactions as well, such as a transaction inside the
Anaheim Stadium WFB branch, on August 8, 2018.  Between the
March 2018 and August 2018 transaction, FAGBOTE has grown a
beard in the photograph and was using a cellphone while at the
teller window.  The fact that FAGBOTE was in WFB footage
conducting transactions on the Clark Jason account further
corroborates my belief that FAGBOTE utilized the "Clark Jason"
identity to commit fraud.

> 6.   FAGBOTE's and OJO's Use of Chase Accounts Opened
>       Using Fraudulent Nigerian Passports to Obtain the
>       Proceeds of Fraud

49.   During the investigation, I obtained records from
Chase regarding: an account ending in 8665 purportedly opened by
Clark Jason on January 6, 2018, using a Nigerian passport; and
an account ending in 7005 purportedly opened by James Hickerson
on January 20, 2018, also using a Nigerian passport.  The
address for the Clark account ending in 8665 was 2130 W Crescent
Ave, Apt. 2045, Anaheim, California.  The address for the
Hickerson account ending in 7005 was 369 North Rob Way, Anaheim,
California.  Based on my training and experience (including
knowledge of this investigation to date), I believe that, using
fraudulent Nigerian passports, FAGBOTE opened the Clark Jason
account ending in 8665 and OJO opened the James Hickerson

account ending in 7005.  In addition, I believe that these accounts were opened to receive the proceeds of fraud.

50.   On March 25, 2019, I spoke to Chase investigator Rob Campbell ("Inv. Campbell") regarding A.M., a Chase customer from Streator, Illinois.  Inv. Campbell informed me that he had spoken to A.M. regarding her account as they believed A.M. to be a victim of fraud and that additionally Chase was a victim of fraud.  Inv. Campbell informed me that A.M. deposited $37,000 in cash into her Chase account ending in 7660 on or about January 24, 2018.  Chase contacted A.M., who stated that she had thought she was purchasing equipment and that she had been dealing with an attorney online, who she had never met.  A.M. informed Chase that she had been instructed to forward an unknown amount to two Chase accounts, FAGBOTE's Clark Jason account ending in 8665 and OJO's James Hickerson account ending in 7005.  A.M. did not ultimately forward the cash that she deposited to either account.

51.   According to Inv. Campbell, he believed that the Hickerson and Jason accounts had been opened with fraudulent Nigerian passports.  Moreover, Inv. Campbell stated that Chase had found evidence that fraudulently altered Spectrum (a cable and Internet service provider) bills were used to open the accounts; specifically, it appeared the same bill was used to open both accounts, but the addresses and customer names were changed.  Inv. Campbell believed that Chase was also a victim of fraud.  Inv. Campbell stated that the Clark Jason account ending

in 8665 was frozen by Chase due to alleged fraud and that there
was approximately $30,000 in the account at the time.

52.   Among the records I have obtained from Chase, I found
a photograph of an individual who was conducting a transaction
at a Chase ATM located in Anaheim, California, on November 30,
2017, for an account opened in the name Robison John.   I believe
that the person conducting the ATM transaction was FAGBOTE and
the Robison John account was another Chase account that FAGBOTE
opened using a fake identity.   Inv. Campbell compared the
November 30, 2017, photo of FAGBOTE with the photo on the
Nigerian passport used to open the Clark Jason account ending in
8665.   Inv. Campbell confirmed that the photos were of the same
person.   That comparison further supported my belief that
FAGBOTE opened the Clark Jason account ending in 8665.

   **E.   Student Visa Databases and Alien Files Related to
        FAGBOTE, OJO, IDOWU, and Others Provides Evidence of
        Marriage Fraud Scheme**

53.   During the investigation, I reviewed a query of a DHS
database that stores student visitor information, the Student
and Exchange Visitor Information System ("SEVIS").   I learned
that OJO, FAGBOTE, and additional individuals who are believed
to be part of this fraud scheme had listed as their school of
record the same institution: California University of Management
and Sciences ("California University").   OJO was listed as
attending California University using a F1 student visa but was
terminated on March 6, 2017; the termination reason listed was,
"Failure To Enroll."   FAGBOTE was also listed as a F1 student
attending California University but was terminated on August 5,

2016, also for "Failure To Enroll."  Both OJO and FAGBOTE were issued F1 student visas based on their expected attendance at an American school.  In the application for an F1 student visa, FABGOTE provided an address of 369 North Rob Way in Anaheim, California as his address in the United States and a foreign address in Nigeria as his permanent address.

54.  From my review of students who purportedly attended California University, I noted that another individual linked to this same scheme, IDOWU (who had been stopped with fraudulent Nigerian passports by CBP), was listed.  Like OJO and FAGBOTE, IDOWU's status had been terminated for "Failure To Enroll" on or about October 26, 2016.  Like FAGBOTE, IDOWU had also reported his address in the United States as 369 North Rob Way, Anaheim, California and a foreign address in Nigeria as his permanent address.

55.  Based on my investigation to date, I believe the following to be true:

| Name | True Nigerian Spouse | Fake U.S. Citizen Spouse |
| --- | --- | --- |
| IDOWU | Olanike Oladotun Alo | Danalle Franklin |
| OJO | Magdalene Odinakachi Nwazueh | Thyphenea Hickerson |
| FAGBOTE | Kehinde Kemi Arowosafe | Kimberly Sharese Covington |

1.   Background on Applications to Gain Legal Status
     By Marriage to United States Citizen

56.   Generally, a citizen of a foreign country who wishes
to enter the United States must first obtain a visa, either a
nonimmigrant visa for temporary stay or an immigrant visa for
permanent residence.  Student visas, F-1 visas, are nonimmigrant
visas issued to foreign students who are attending an academic
program at a United States college or university.  F-1 students
must maintain the minimum course load for full-time student
status.  Those students who do not maintain the minimum course
load and have not applied for any other type of visa are deemed
to be out of status and may be administratively arrested and
face deportation.  Other visa visitor categories include
nonimmigrant visas for persons who want to enter the United
States temporarily for business (visa category B-1), tourism,
pleasure or visiting (visa category B-2), or a combination of
both purposes (B-1/B-2).

57.   In order to apply for a visa, an applicant must
complete and submit a Form DS-160, Nonimmigrant Visa
Application, and schedule an appointment for a visa interview.
Generally, the visa interview takes place at the U.S. Embassy or
Consulate in the country where the applicant resides.

58.   Based on my training and experience, I know that visas
are a privilege, not a right.  In order to be granted a non-
immigrant visa, applicants must overcome the presumption in
Section 214b of the Immigration and Nationality Act ("INA") that
all visa applicants are intending immigrants.  Generally, an

applicant can overcome this presumption by providing evidence that he/she has strong ties to a residence abroad (e.g., employment, assets, or family ties) that he/she has no intention of abandoning.

59.   Additional documentation may be required or requested to establish whether an applicant is qualified.  For example, additional requested documents may include evidence of:

        a.   the purpose of the applicant's trip;

        b.   the applicant's intent to depart the United States after his/her trip; and/or

        c.   the applicant's ability to pay all costs of the trip.

60.   Generally, an applicant will be required to provide evidence of employment and/or family ties in order to support the purpose of the applicant's trip and the applicant's intent to return to his/her home country.

61.   In order to be granted a nonimmigrant visa, an applicant must also establish that, at the time of application for a visa and application for admission, that he/she is not likely to become a "public charge." (See INA §§ 212(a)(4)(A), (B)).  In determining whether an alien is inadmissible as a "public charge," the consular officer considers the alien's age, health, family status, assets, resources, financial status, and education.

62.   In order to travel to the United States on a nonimmigrant visa, a foreign national will be subject to arrival inspections by CBP and either be admitted or denied entry into

35

the United States.  If the CBP officer determines that a foreign national is likely to become a ward of the government or "public charge", the foreign national can be denied entry.

63.  Based upon my training, experience, and conversations with other law enforcement officers that investigate immigration fraud, I am aware of the following:

a.  Foreign nationals who enter the United States pursuant to nonimmigrant visas, such as the F1 student visa and subsequently marry United States citizens, may seek conditional and permanent residency in the United States despite entering the United States on a nonimmigrant visa.  Section 245 of the Immigration and Nationality Act provides that a nonimmigrant may adjust to the status of permanent resident while physically present in the United States.  This relieves the foreign national/beneficiary from the requirement of leaving the United States and re-entering as an immigrant.

b.  In order to obtain an immigrant visa based on a relationship with a United States citizen spouse, the United States citizen spouse (petitioner) must file a Petition for Alien Relative ("Form I-130") with CIS.  The Form I-130 establishes the relationship between the United States citizen spouse and the alien spouse.  Subsequent to the filing of the Form I-130, the nonimmigrant applicant is required to file a Form I-485 Application to Register Permanent Residence or Adjust Status.  The Form I-130 and Form I-485 may be filed jointly together with CIS.  The filing of the Form I-485, allows the nonimmigrant to adjust to permanent status, becoming a legal

36

permanent resident (LPR), based on their marriage to a United
States citizen.  The subjects of this investigation, FAGBOTE,
OJO and IDOWU all filed Form I-485s after first entering the
United States as student visitors.

64.  Based on my training and experience (including
conversations with other investigators), I know that student
visa holders who did not enroll in their university can seek out
United States citizens to act as their spouses to gain legal
status and avoid being removed from the United States.  The
marriage to the United States citizen gives the nonimmigrant an
immediately available visa number.  Those engaging in marriage
fraud will often obtain joint bank accounts and register
utilities together—in an effort to prove the legitimacy of their
marriage.  Without a legitimate marriage, they would have no
legal status in the United States.  After the filing of the I-
485 petition by the alien applicant, their status is "pending"
until and if CIS approves the Form I-485.  During this "pending"
period, the petition is under review by CIS.  Once the I-485 is
approved, the applicant will receive conditional LPR status and
card.  The applicant must file a Form I-751 in the ninety day
period immediately before their LPR card expires, which is two
years after its issuance.  CIS may conduct address checks and
database checks to verify the veracity of the marriage claim by
the applicant and the petitioner.  It is therefore crucial that
the applicants, in this case FAGBOTE, OJO and IDOWU, need to
convince CIS through documentation and a mandatory in-person CIS
interview conducted with both the applicant and petitioner that

their marriage is bona fide.  Based on my training and experience, I know that those engaging in marriage fraud will often reside with their true wives from their home countries, who are also in the United States.

> 2. <u>Evidence of IDOWU's Fraudulent Marriage to Franklin and OJO's Fraudulent Marriage to Hickerson</u>

65.  I reviewed IDOWU's Alien File ("A-File") and noted that he had filed a Form I-485 Application to Register Permanent Residence or Adjust Status, that was approved on April 29, 2016. On his Form I-485, IDOWU listed his address as 369 North Rob Way, Anaheim, California.  IDOWU checked the box on his I-485 indicating that an immigrant petition giving him an immediate available immigrant visa number had been approved.  I noted from my review of IDOWU's Alien file that an I-130 Petition for Alien Relative had been approved on April 29, 2016, in which IDOWU's purported wife, Danalle Franklin, had filed as a petitioner. IDOWU stated that his prior spouse was Olanike Oladotun Alo but that their marriage had ended on September 8, 2013.  IDOWU's I-485 and I-130 were approved by CIS on April 29, 2016.  At the time of approval, IDOWU was adjusted to the status as a conditional resident, spouse of a United States citizen ("CR6").

66.  I reviewed SEVIS records for Olanike Oladotun Alo, who is believed to be Alo's true Nigerian spouse, and learned that she was issued a F1 student visa to attend California University like IDOWU (and others believed to be involved in the scheme). Alo was supposed to attend California University beginning on July 7, 2014, while IDOWU was supposed to start attending the

same school on January 6, 2014.  Like IDOWU, Alo was also
terminated for "Failure To Enroll."  As part of her student visa
process, Alo listed the address of 2260 W. Lincoln Ave., Apt.
C4, Anaheim, California as her residence in the United States.

67.  I reviewed Alo's A-File and learned that she had filed
an I-485 Application to Register Permanent Residence or Adjust
Status, which indicated that a United States citizen, Craig
Nathaniel Young, had filed a petition on her behalf.  Alo was
interviewed by CIS on or about September 14, 2017, and the I-485
was denied on or about December 24, 2017 by CIS because the
petitioner, Craig Nathaniel Young, had not submitted to CIS
federal tax returns for the most recent year.  Alo submitted a
Wells Fargo Bank checking statement for an account ending in
4944 to prove the legitimacy of her marriage to Craig Nathaniel
Young.  The Wells Fargo bank statement, which covered the period
of June 15 to July 16, 2018, listed Alo and Young as owners of
the account and an address of 2648 West Ball Road, Apartment
115, Anaheim, California.  Additionally, Alo submitted
photographs of herself with Young as proof of their life
together.  One such photo consisted of a purported birthday
party being celebrated on a beach; handwritten on the photograph
was the following, "My husband and I with some friends at the
beach for my birthday celebration."  A male individual was
pictured in the center of the gathering holding a birthday cake,
with a woman standing by his side.  I recognized the male
holding the cake as being OJO and believe the woman standing
next to him to be his fake wife, Thyphenea Hickerson (as

described below).  Olanike Alo was standing next to OJO in the photo with Young.  Based on my training and experience, I know that those conducting marriage fraud to obtain legal status (including citizenship) often stage photographs to support their sham marriages.  In the picture that is allegedly depicting Alo's birthday, OJO is holding the cake and appears to be the center of attention.

68.  I reviewed OJO's Alien file and noted that OJO submitted several photographs to CIS as proof of his marriage to Hickerson.  One of the photographs depicts a birthday celebration, which appears to be the same purported birthday party as depicted in the photograph series submitted by Alo as detailed above.  In the photograph that OJO submitted to CIS, OJO is pictured holding a birthday cake with his arm around Hickerson.  The other party guests are cut off in the photograph or their backs are turned to the camera.  The birthday party photography was part of a series of photos OJO submitted to CIS to buttress his marriage claim to Hickerson. Since OJO is holding the birthday cake in the photograph submitted to CIS, it may be inferred that the photograph is supposed to depict either his or Hickerson's birthday on the beach—which is inconsistent with Alo's statement on the photograph she submitted that it her (Alo's) birthday being celebrated at the beach.  The purported birthday party photographs depicting OJO and Alo appear to have been staged on the same day at the same beach for the purpose of submitting them to CIS as evidence of marriage to United States citizens.

40

69.   I reviewed OJO's A-File and learned that he had filed an I-485 Application to Register Permanent Residence or Adjust Status and an I-130 Petition For Alien Relative, which indicated that a United States citizen, Thyphenea Hickerson, had filed said petitions on his behalf on or about September 2, 2017. According to OJO's A-File, neither the I-485 nor I-130 had yet to be approved by CIS.   CIS notified OJO on or about November 26, 2018 when he appeared for his I-485 interview in Santa Ana, California, that his file was being held for review.   OJO, in addition to the above detailed photographs, submitted utility bills that listed both himself and Hickerson, to further buttress his application.   OJO's immigration status is considered "pending" until CIS renders a decision.

70.   I reviewed Magdalene Odinakachi Nwazueh's DS-160 F1 visa application, which was filed by Nwazueh in Lagos, Nigeria on August 6, 2016.   Nwazueh stated on her visa application that she intended to stay in the United States for 36 months and would be attending California University.   Nwazueh listed Olufemi Ayojide OJO as her spouse and is believed to be OJO's true spouse.

71.   I reviewed records provided to me by Early Warning Services, who operate the Zelle payment system.   Zelle is an application-based person-to-person ("P2P") payment platform that allows customers to transfer funds using an email address or cell phone number.   Any customer having a valid checking or savings account may transfer or receive funds by registering with Zelle; customers can also use the Zelle application with a

valid debit card account.  I noted from my review of Early
Warning Services records that as recently as January 2019, OJO
sent funds to Nwazueh.  OJO, according to CIS records, purports
to be married to Hickerson, yet he continues to conduct
financial transactions with Nwazueh, who is believed to be his
actual wife.  On January 3 and January 7, 2019, OJO transferred
$250 and $100 to Nwazueh via Zelle.  Similarly, OJO made a
payment of $1,000 to Nwazueh on November 28, 2018.  I also noted
from my review of the Zelle records that FAGBOTE transferred
$250 to Nwazueh on November 6, 2018, indicating that FAGBOTE
assists OJO in making payments to Nwazueh.

> 3.  Evidence of FAGBOTE's Fraudulent Marriage to
>     Covington and Recent Evidence of FAGBOTE's Use of
>     SUBJECT PREMISES 1

72.  I reviewed FAGBOTE's A-File and learned that an I-130
Petition for Alien Relative had been approved by CIS on October
4, 2017.  According to the Form I-130, the petitioner was listed
as Kimberly Sharese Covington and her marriage to FAGBOTE had
occurred on July 2, 2016.  FAGBOTE provided photographs of
himself with Covington and various billing statements to prove
the legitimacy of his marriage with Covington.  In his I-130
petition, FAGBOTE stated that he had no prior marriages.
However, in FAGBOTE's F1 Visa Application DS-160 filed with the
United States State Department on or about February 22, 2016 in
Lagos, Nigeria, FAGBOTE listed his spouse as Kehinde Kemi
Arowosafe.  Arowosafe is believed to be FAGBOTE's true spouse.
Based on my training and experience, I believe the fact that
FAGBOTE has given inconsistent answers to U.S. officials

regarding his marriage Arowosafe supports my belief that FAGBOTE has engaged in marriage fraud. FAGBOTE's I-485 and I-130 were approved by CIS on October 4, 2017. FAGBOTE was granted LPR status on October 4, 2017.

73. Related to his I-130 petition, FAGBOTE provided billing statements from various dates, including September 2017, that are addressed to him and Covington at 10775 Magnolia Avenue, Apartment 101, Anaheim, California from Southern California Gas, Southern California Edison, and Spectrum. Based on California Department of Motor Vehicle records, FAGBOTE's 2008 Lexus is also registered to this address. Based on my training and experience, I know that those engaged in marriage fraud will use an address to establish utilities and register vehicles. This use of the address make it appear that they are in fact married to a United States citizen.

74. I reviewed FAGBOTE's SEVIS records and noted that he was supposed to have attended California University beginning on April 4, 2016. I researched Kehinde Kemi Arowosafe in SEVIS and noted that she was supposed to be attending the same university beginning in July 2016. According to SEVIS records, both Arowosafe and FAGBOTE listed their United States address as 369 North Rob Way, Anaheim, California, as part of their F1 student information contained in SEVIS. As described in this affidavit, Arowosafe transferred funds during 2018 to FAGBOTE—which supports my belief that Arowosafe is FAGBOTE's true spouse.

75. On October 10, 2018, I, along with Agent Montano, surveilled 10775 Magnolia Avenue, Apartment 101, Anaheim,

California, the address used to register FAGBOTE's 2008 Lexus
and on his I-130 petition.  During the surveillance, I was
unable to locate FAGBOTE's 2008 Lexus at the address.  On the
same date, October 10, 2018, Agent Montano and I also surveilled
3233 West Lincoln Avenue, Apartment 203, Anaheim, California
(SUBJECT PREMISES 1), an address linked to FAGBOTE via a search
of the CLEAR database that I conducted.  While surveilling
SUBJECT PREMISES 1, I saw FAGBOTE's 2008 Lexus parked in the
residential/guest parking area outside the complex.  I walked
past apartment "203" and noted that an Amazon delivery package
was sitting outside the front door addressed to Kehinde
Arowosafe.  I reviewed law enforcement indices and learned that
FAGBOTE had registered a BMW with California plate ending in
C699 at SUBJECT PREMISES 1 on December 22, 2018, and that the
registration was valid until December 22, 2019.

76.  I conducted a review of the CLEAR database for
Kimberly Covington (who is believed to be FAGBOTE's fake
spouse).  According to CLEAR, 10775 Magnolia Avenue, Apt. 101,
Anaheim, California 92804 was associated with Covington from
September 21, 2017, to October 11, 2017.  However, since 2016 to
the present, according to CLEAR, the addresses associated with
Covington were in Apple Valley, Adelanto, and Long Beach.
SUBJECT PREMISES 1 is not address associated at all with
Covington in CLEAR.

77.  A review of the CLEAR database as to FAGBOTE
corroborated my belief that FAGBOTE was residing at SUBJECT
PREMISES 1.  According to CLEAR records, which include data from

Experian and/or utility records, FAGBOTE has been associated with SUBJECT PREMISES 1 dating back to at least June 2016.

78.  In addition, I reviewed law enforcement indices and learned that Arowosafe has a 2010 Lexus, with a California license plate ending in A402, registered to SUBJECT PREMISES 1. The vehicle registration (using that address) is valid from February 24, 2019 to February 24, 2020.

79.  I reviewed records provided by Anaheim Public Utilities ("APU") for addresses where FAGBOTE was listed as the customer.  According to APU records, Eyitayo S. FAGBOTE, with a SSN ending in 6544 is a utility customer at SUBJECT PREMISES 1. According to the APU records, FAGBOTE had services activated on June 20, 2018 and had made a payment to APU on February 6, 2019. FAGBOTE also provided an "Additional Contact/Spouse" name to APU of Kimberly Covington.

80.  On March 22, 2019, at approximately 11:30 a.m., HSI TFO Eric Frank was conducting surveillance in the basement of SUBJECT PREMISES 1 when he saw three black males exit a stairwell leading from the ground level of apartment complex to the parking garage.  The males briefly exited the garage through a pedestrian door and appeared to be possibly speaking with someone outside of view from TFO Frank.  The males then entered back through the same door, which based on my own observations is locked from the outside and requires a key.  Once back inside the garage area, the three males entered a blue/gray-colored Lexus with a California license plate number ending in L985 and exited the garage via a vehicle security gate.  The vehicle was

seen by TFO Frank making a right turn on west Lincoln Avenue, a right onto South Knott, and then onto the 91 Freeway.  TFO Frank was able to pull alongside the Lexus.  TFO Frank believed that FAGBOTE was driving the Lexus.  (TFO Frank had a photograph of FAGBOTE from his California driver's license.)

81.  I conducted a query of law enforcement indices regarding the Lexus that had been seen by TFO Frank on March 22, 2019.  The Lexus was registered to SUBJECT PREMISES 1 from November 4, 2018 to November 14, 2019, and was registered to Alabede Saheed and Johnson Tajanik Lanae.  I contacted the U.S. Postal Inspection Service regarding SUBJECT PREMISES 1, who informed me that as of March 6, 2019, the names of people receiving mail at SUBJECT PREMISES 1 were: Eyitayo FAGBOTE, Olanrewwaju Alade, and Aaheed Alabede.

82.  On March 23, 2019, at approximately 8:30 a.m., HSI SA Nguyen was conducting surveillance in the basement of SUBJECT PREMISES 1 when he saw a female exit the elevator leading from the ground level of the apartment complex to the parking garage. SA Nguyen saw that Arowosafe was carrying a small child in her arms as she entered a red-colored Lexus SUV with a California license plate number ending in A402 and exited the garage via a vehicle security gate.  SA Nguyen reviewed the visa photo for Arowosafe and believed that the person he saw was Arowosafe (who is believed to be FAGBOTE's true Nigerian spouse).  SA Nguyen reviewed registration for the red Lexus and saw that the red Lexus was registered to Arowosafe at SUBJECT PREMISES 1, as I had confirmed earlier in the investigation.

**F.   Recent Evidence Related to IDOWU's Use of SUBJECT PREMISES 2**

83.   I reviewed records provided by Southern California Edison ("SCE") for IDOWU.  SCE listed IDOWU's name as being spelled, "Olyainka Famofoidow" and listed IDOWU as having a SSN ending in 7877.  According to SCE records, IDOWU started service at 230 City Boulevard West, Apartment 201, Orange, California (SUBJECT PREMISES 2) on November 15, 2017 and had made a payment on or about October 19, 2018.

84.   On December 17, 2018, HSI/TFO Detective Daniels conducted surveillance at SUBJECT PREMISES 2.  Detective Daniels saw vehicles registered to Alo (believed to be IDOWU's true spouse) parked next to the complex in which SUBJECT PREMISES 2 is located.  The vehicles were a Toyota with a California license plate ending in F982 and a Mercedes Benz with a personalized plate STULEY.  According to law enforcement indices, the Toyota is registered to Olanike Alo and Craig Young at 2648 W. Ball Road, Apt. 115, Anaheim, California and the registration is valid until March 2020.  The Mercedes, with a personalized plate, was also registered to Alo at the same Ball Road address and the registration is valid until December 2019.  Young was not listed on the Mercedes Benz registration.  The registration for the Toyota listed Craig Young as an owner.  Although Alo is allegedly married to Craig Nathaniel Young, the fact that her car was seen parked outside SUBJECT PREMISES 2, where IDOWU is on the utility records, supports my belief that Alo's marriage to Craig Nathaniel Young is fraudulent.  IDOWU,

as detailed further in this affidavit, was observed driving the Toyota that bears a California license plate ending in F982. Furthermore, the personalized license plate on the Mercedes Benz, "STULEY," is tied to an LLC operated by Alo.  I conducted a query of the California Secretary of State online business portal search using the personalized plate and located a record for Stuley Logistics LLC at 2648 West Ball Road, Apartment 115, Anaheim, California.  Olanike Oladotun Alo was listed as the operating manager on the LLC form filed with the California Secretary of State on September 19, 2018.  Stuley Logistics LLC describes its business as "logistics" on the same form.

85.   On March 20, 2019, at approximately 9:20 a.m., at the entrance to the complex for SUBJECT PREMISES 2, HSI SA Nguyen saw IDOWU drive the white Toyota with a license plate ending in F982, and then pull up next to and speak with the driver of a metallic-colored Mercedes Benz.  After the conversation ended, IDOWU drove back into the complex for SUBJECT PREMISES 2.  SA Nguyen did not follow.  At approximately 9:40 a.m., SA Nguyen saw the black Mercedes Benz bearing license plate STULEY parked in a space associated with the complex for SUBJECT PREMISES 2. SA Nguyen saw a female he believed to be Alo walking toward the Mercedes Benz.  By the time SA Nguyen turned the corner to get a closer look, the Mercedes Benz bearing license plate STULEY had already departed.

**G.    Recent Evidence Related to OJO's Use of SUBJECT PREMISES 3**

86.    I reviewed a CLEAR report query for OJO and located 190 City Boulevard West, Apartment 203, Orange, California, as an address associated with OJO.  I reviewed records provided by SCE for OJO.  SCE listed OJO's name with the spelling of, "Ayojide OJO" and his spouse as being "Typhenea [sic] Hickerson."  According to SCE records, OJO started utility service at 190 City Boulevard, Apartment 203, Orange, California on October 30, 2017.  I reviewed law enforcement indices and learned that OJO and Nagdalene Nwazueh own a 2010 Toyota, with a California plate ending in V676, registered to this address as of October 26, 2018.  I reviewed law enforcement indices and learned that OJO also owns a 2009 Toyota, with a California plate ending in 420, that is registered to the address.

87.    Between December 2018 and February 2019, HSI Special Agents conducted surveillance on multiple occasions at 190 City Boulevard in Orange, California but did not see the Toyotas registered to Nwazueh and OJO.  A query of a law enforcement vehicle plate reader database by SA Nguyen located the Toyotas registered to OJO and Nwazueh in the parking lot of 2201 West Broadway, Anaheim, California (SUBJECT PREMISES 3).

88.    I reviewed records provided by APU that indicated that Nwazueh started utility service at 2201 West Broadway, Apartment B111, Anaheim, California 92804 (SUBJECT PREMISES 3) on September 17, 2018.  Nwazueh made a payment to APU for SUBJECT PREMISES 3 on February 12, 2019.

49

89.   On March 12, 2019, SA Nguyen conducted surveillance in the parking structure adjacent to SUBJECT PREMISES 3 and located OJO and Nwazueh's Toyota, with California plate ending in V676, parked in that area.

90.   Based on the surveillance by agents, utility records, and the license plate reader hits, I believe that OJO and Nwazueh reside at SUBJECT PREMISES 3.

91.   Based on my training and experience, I believe that OJO was using the address of 190 City Boulevard West, Apartment 203, Orange, California, to seek legal status with Hickerson's assistance; however, his true address is SUBJECT PREMISES 3, where he resides with his true spouse, Nwazueh.